UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMERON HOPKINS,<br>      Plaintiff | )<br>)<br>) |
| v. | )   CIVIL ACTION NO.<br>) |
| SEAN E. YI, TONY P. HSU a/k/a<br>TONY TAOFU HSU AND<br>JACKYMOON CORP,<br>      Defendants | )<br>)<br>)<br>)<br>) |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR TRIAL BY JURY

### PARTIES

1. The plaintiff, Cameron Hopkins is an individual residing at 32 Wildflower Drive, Sutton, Commonwealth of Massachusetts.

2. The defendant, Sean E. Yi, is an individual residing at 818 E. Valley Boulevard, San Gabriel, California.

3. The defendant, Tony P. Hsu a/k/a Tony Taofu Hsu, is an individual residing at 2727 Indian Creek Road, Diamond Bar, California and is and was the Chief Executive Officer of Jackymoon Corp.

4. The defendant, Jackymoon Corp., is a corporation established under the laws of the State of California and has a usual place of business at 19223 Colima Road, #775, Rowland Heights, California.

## JURISDICTION AND VENUE

5. This Honorable Court has Jurisdiction over this case and the parties thereto, pursuant to 28 U.S. Code sec. 1332, in that the amount in controversy is in excess of $75,000 and the parties are from different states – the plaintiff resides in the Commonwealth of Massachusetts and the defendants are residents of the State of California.

6. This venue is proper because the plaintiff, Cameron Hopkins, resides in Sutton, Worcester County, Massachusetts and the motor vehicle collision at issue occurred in Millbury, Worcester County, Massachusetts.

## STATEMENT OF FACTS

7. At approximately 3.30 p.m. on September 12, 2018, the plaintiff, Cameron Hopkins, was operating a motor vehicle owned by his father, Martin Hopkins, and was travelling south on Route 146, a public way, in Millbury, Massachusetts.

8. At the same time, the defendant, Sean E. Yi, was the operator of a Tractor Trailer which was traveling north on Route 146.

9. The Tractor Trailer was owned by the defendant, Jackymoon Corp. which was also the employer of the defendant, Sean E. Yi.

10. The defendant, Sean E. Yi, was operating the Tractor Trailer well in excess of the posted speed limit and too fast for the weather and road conditions and, while within a construction zone, negligently lost control of the Tractor Trailer.

11. As a result of losing control of the Tractor Trailer, the vehicle crashed into and careened over the median which divided the north and southbound sides of Route 146.

12. As a result of the negligence of the defendant, Sean E. Yi, the Tractor Trailer operated by him and owned by the defendant, Jackymoon Corp., violently collided with the vehicle operated by the plaintiff, Cameron Hopkins, on the southbound side of Route 146.

13. As a further result of the negligence of the defendant, Sean E. Yi, five vehicles were involved in collisions on the southbound side of Route 146, including secondary collisions to the vehicle operated by the plaintiff, Cameron Hopkins.

14. The incident was investigated by the Massachusetts State Police which determined that the vehicle operated by the defendant, Sean E. Yi, and owned by the defendant, Jackymoon Corp., was speeding on entering the construction zone, committed a marked lanes violation and was in violation of the Federal Motor Carrier Safety Regulations in that the Tractor Trailer's paper and electronic logs were found to have been falsified, among other issues.

15. The defendant, Tony P. Hsu a/k/a Tony Taofu Hsu, as the Chief Executive Officer of Jackymoon Corp. had the responsibility to properly screen, hire and supervise its employees and to inspect and maintain its vehicles to make sure that all employees and trucks of Jackymoon Corp., complied with all provisions of the Federal Motor Carrier Safety Regulations, among other laws and regulations.

## COUNT I
### (NEGLIGENCE v. SEAN E. YI)

16. The plaintiff, Cameron Hopkins, realleges and incorporates by reference the allegations contained in Paragraphs 1-15.

17. On September 12, 2018, the defendant, Sean E. Yi, so negligently operated a Tractor Trailer so as to cause a collision with the plaintiff's vehicle.

18. As a direct and proximate result of the defendant, Sean E. Yi's negligence, the plaintiff, Cameron Hopkins, was grievously and permanently injured in the collision, was hospitalized for approximately thirty (30) days, incurred medical and other out of pocket expenses and was forced to withdraw from College, among other damages.

## COUNT II
**(NEGLIGENCE AS OWNER v. JACKYMOON, CORP.)**

19. The plaintiff, Cameron Hopkins, realleges and incorporates by reference the allegations contained in Paragraphs 1-15.

20. On September 12, 2018, the defendant, Jackymoon Corp., was the owner of the tractor trailer negligently operated by the defendant, Sean E. Yi, which violently struck the vehicle operated by the plaintiff.

21. As owner of said vehicle, the defendant, Jackymoon, Corp, is responsible for the acts and omissions of the defendant, Sean E. Yi.

22. As a direct and proximate result of the defendant, Sean E. Yi's negligence, the plaintiff, Cameron Hopkins, was grievously and permanently injured in the collision, was hospitalized for approximately thirty (30) days, incurred medical and other out of pocket expenses and was forced to withdraw from College, among other damages.

## COUNT III
**(NEGLIGENT INSPECTION AND MAINTENANCE v. JACKYMOON, CORP.)**

23. The plaintiff, Cameron Hopkins, realleges and incorporates by reference the allegations contained in Paragraphs 1-15.

24. On September 12, 2018, the defendant, Jackymoon Corp., was the owner of the Tractor Trailer negligently operated by the defendant, Sean E. Yi, which violently struck the vehicle operated by the plaintiff.

25. As owner of said vehicle, the defendant, Jackymoon, Corp, had a responsibility to inspect and maintain the Tractor Trailer operated by the defendant, Sean E. Yi.

26. The defendant, Jackymoon Corp., breached its duty to inspect and maintain the vehicle.

27. As a direct and proximate result, the plaintiff, Cameron Hopkins, was grievously and permanently injured in the collision, was hospitalized for approximately thirty (30) days, incurred medical and other out of pocket expenses and was forced to withdraw from College, among other damages.

## COUNT IV
### (NEGLIGENT SCREENING, HIRING AND SUPERVISION OF SEAN E. YI v. JACKYMOON CORP.)

28. The plaintiff, Cameron Hopkins, realleges and incorporates by reference the allegations contained in Paragraphs 1-15.

29. On September 12, 2018, the defendant, Jackymoon Corp., was the owner of the Tractor Trailer negligently operated by the defendant, Sean E. Yi, which violently struck the vehicle operated by the plaintiff.

30. As owner of said vehicle, the defendant, Jackymoon, Corp, had a responsibility to properly screen, hire and supervise its employees and to ensure that its' employees, complied with all provisions of the Federal Motor Carrier Safety Regulations, among other laws and regulations.

31. The defendant, Jackymoon Corp., was negligent in the screening, hiring and supervision of the defendant, Sean E. Yi.

32. As a direct and proximate result, the plaintiff, Cameron Hopkins, was grievously and permanently injured in the collision, was hospitalized for approximately thirty (30) days, incurred medical and other out of pocket expenses and was forced to withdraw from College, among other damages.

### COUNT V
### (NEGLIGENT INSPECTION AND MAINTENANCE v. TONY P. HSU a/k/a TONY TAOFU HSU)

33. The plaintiff, Cameron Hopkins, realleges and incorporates by reference the allegations contained in Paragraphs 1-15.

34. On September 12, 2018, the defendant, Jackymoon Corp., was the owner of the Tractor Trailer negligently operated by the defendant, Sean E. Yi, which violently struck the vehicle operated by the plaintiff.

35. As Chief Executive Officer of the defendant, Jackymoon, Corp, the defendant, Tony P. Hsu a/k/a Tony Taofu Hsu, had the responsibility to inspect and maintain the Tractor Trailer operated by the defendant, Sean E. Yi, so that the vehicle did not pose a danger to other motorists and complied with the Federal Motor Carrier Safety Regulations, among other laws and regulations.

36. As Chief Executive Officer of the defendant, Jackymoon, Corp, the defendant, Tony P. Hsu a/k/a Tony Taofu Hsu, was negligent in that he failed to ensure that the vehicle at issue was inspected and maintained.

37. As a direct and proximate result, the plaintiff, Cameron Hopkins, was grievously and permanently injured in the collision, was hospitalized for approximately thirty (30) days, incurred medical and other out of pocket expenses and was forced to withdraw from College, among other damages.

### COUNT VI
### (NEGLIGENT SCREENING, HIRING AND SUPERVISION
### OF SEAN E. YI v. TONY P. HSU a/k/a TONY TAOFU HSU)

38. The plaintiff, Cameron Hopkins, realleges and incorporates by reference the allegations contained in Paragraphs 1-15.

39. On September 12, 2018, the defendant, Jackymoon Corp., was the owner of the Tractor Trailer negligently operated by the defendant, Sean E. Yi, which violently struck the vehicle operated by the plaintiff.

40. As the Chief Executive Officer of the defendant, Jackymoon, Corp, the defendant, Tony P. Hsu a/k/a Tony Taofu Hsu, had the responsibility to properly screen, hire and supervise its employees and to ensure that employees of Jackymoon Corp., complied with all provisions of the Federal Motor Carrier Safety Regulations, among other laws and regulations.

41. The defendant, Tony P. Hsu a/k/a Tony Taofu Hsu., was negligent in the screening, hiring and supervision of the defendant, Sean E. Yi, and was similarly negligent in failing to ensure that employees of Jackymoon Corp., complied with all provisions of the Federal Motor Carrier Safety Regulations, among other laws and regulations.

42. In fact, the electronic and paper logs maintained by the defendant, Sean E. Yi, and the defendant, Jackymoon Corp., were found to have been falsified by the Massachusetts State Police, while investigating the crash at issue.

43. As a direct and proximate result, the plaintiff, Cameron Hopkins, was grievously and permanently injured in the collision, was hospitalized for approximately thirty (30) days, incurred medical and other out of pocket expenses and was forced to withdraw from College, among other damages.

WHEREFORE, the Plaintiff, Cameron Hopkins, demands judgment against all defendants, both individually and jointly , and further requests interest, attorney's fees and costs and any other relief this Honorable Court deems necessary and just under the circumstances.

## JURY CLAIM

The plaintiff, Cameron Hopkins, demands a trial by jury on all issues.

> CAMERON HOPKINS
> Plaintiff,
> By his Attorney,
>
> /s/ *Paul S. Rainville, Esquire*
> Paul S. Rainville, Esquire BBO#561945
> prainville@hassettanddonnelly.com
> Hassett & Donnelly, P.C.
> 446 Main Street 12th Floor
> Worcester, MA 01608
> (508) 791-6287 (tel)
> (508) 791-2652 (fax)

November 21, 2018