UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMERON HOPKINS,<br>      Plaintiff<br><br>v.<br><br>SEAN E. YI, TONY P. HSU a/k/a<br>TONY TAOFU HSU AND<br>JACKYMOON, CORP,<br>      Defendants | )<br>)<br>)<br>)   CIVIL ACTION NO.: 4:18-cv-40197<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF PAUL S. RAINVILLE

I, Paul S. Rainville, attorney for the plaintiff, Cameron Hopkins, in this action, under the pains and penalties of perjury, depose and say that:

1. The vehicles that were involved in the collision were towed from the scene by Direnzo and the tractor and trailer owned by the defendant, Jackymoon Corp., is being stored at a Direnzo lot, at present, at a cost of $300/day ($150/day for the truck and $150/day for the trailer).

2. The defendant owner and operator were insured through Qualitas Insurance Company at the time of the collision. The Commercial Auto Policy issued by Qualitas was a Combined Single Limit (CSL) policy which does not provide separate coverages for property damage, clean up or storage costs resulting from a collision and all claims are deducted from the single (combined) policy limit.

3. On January 25, 2019, the attorneys representing the plaintiff and defendants, together with their experts, inspected the trailer portion of the truck and attempted to inspect and download the data from the black box module on the tractor. This was not possible due to issues with the electrical system on the truck. Counsel was informed by his retained expert, that the black box module would have to be removed and taken to a laboratory and the information downloaded. This will be done pursuant to an agreed upon protocol between the parties.

4. The plaintiff is being harmed by the continued erosion of the CSL policy (at $300/day) from the applicable policy limits and by Direnzo's refusal to allow the black box module to be removed and information downloaded.

Signed this 1st day of May, 2019.

_____
Paul S. Rainville, Esquire