UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMERON HOPKINS, )<br>      Plaintiff )<br> )<br>v. )<br> )<br>SEAN E. YI, TONY P. HSU a/k/a )<br>TONY TAOFU HSU AND )<br>JACKYMOON CORP, )<br>      Defendants )<br> ) | CIVIL ACTION NO.: 4:18-cv-40197 |

## PROPOSED ORDER GRANTING MOTION FOR AN ORDER TO ALLOW COUNSEL TO REMOVE, RETRIEVE DATA AND RETURN THE BLACK BOX MODULE FROM THE TRACTOR TRAILER AT ISSUE

After consideration of Plaintiff's Motion for an Order to Allow Counsel to Remove, Retrieve Data and Return the Black Box Module from the Tractor Trailer at Issue, the Motion is hereby GRANTED.

IT IS SO ORDERED Direnzo Towing and Recovery is to allow the plaintiff's attorneys and expert (together with the defendants and their expert) to remove the black box module from the tractor trailer at issue, take possession thereof and to conduct a joint inspection and download of the data from module. Once the information download is complete, the module will be returned and reinstalled in the vehicle.

Dated: _____ _____, 2019        _____
                                      Justice, U.S. District Court
                                      By the Court (                , J.)