UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMERON HOPKINS,<br><br>    Plaintiff,<br><br>v.<br><br>SEAN E. YI, JACKYMOON CORP., GREENMAN-PEDERSEN, INC., AND HILL & SMITH INC.,<br><br>    Defendants,<br><br>and<br><br>J.H. LYNCH & SONS, INC.,<br><br>    Defendant/Third-Party Plaintiff,<br><br>v.<br><br>NORTHEAST TRAFFIC CONTROL SERVICES, INC.,<br><br>    Third-Party Defendant.<br><br>RAMON FELIPE FERREIRA<br><br>    Plaintiff,<br><br>v.<br><br>SEAN E. YI AND JACKYMOON CORP.,<br><br>    Defendants. | CONSOLIDATED CASES<br>4:18-CV-40197-TSH<br>1:19-CV-40045-TSH |

**JOINT MOTION TO EXTEND SETTLEMENT ORDER OF DISMISSAL DEADLINE**

The parties hereby move that this Court enter an Order extending the current

Settlement Order of Dismissal deadline from October 31, 2022 to November 14, 2022. The

parties have exchanged the Release and Settlement documents but require additional time to effectuate payment of all settlement funds and to file a Stipulation of Dismissal.

WHEREFORE, the parties respectfully request that this Court allow this Joint Motion and enter an Order extending the current Settlement Order of Dismissal deadline from October 31, 2022 to November 14, 2022.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFF, Cameron Hopkins, | PLAINTIFF, Ramon Felipe Ferreira, |
| By His Attorneys, | By His Attorneys, |
| SUGARMAN AND SUGARMAN, P.C. | GEORGES COTE LLP |
| /s/ Benjamin R. Zimmerman | /s/ Audai Cote |
| Neil Sugarman, Esq. – BBO# 077110<br>nsugarman@sugarman.com<br>Benjamin R. Zimmermann, Esq. – BBO# 643920<br>bzimmermann@sugarman.com<br>David P. McCormack, Esq. – BBO# 659006<br>dmccormack@sugarman.com<br>31 St. James Avenue 10th Floor<br>Boston, MA  02116<br>(617) 542-1000 | Audai Cote, Esq. – BBO# 695543<br>acote@georgescotelaw.com<br>235 Marginal Street, Suite 3<br>Chelsea, MA  02150<br>(617) 884-1000 |

| | |
|---|---|
| DEFENDANTS, Sean E. Yi and Jackymoon Corp., | DEFENDANT, Greenman-Pedersen, Inc., |
| By Their Attorneys, | By Its Attorneys, |
| CAMPBELL, CONROY & O'NEIL, P.C. | MCGLINCHEY STAFFORD |
| /s/ Christopher R. Howe | /s/ Marisa K. Roman |
| Brian P. Voke, Esq. – BBO# 544327<br>bvoke@campbell-trial-lawyers.com<br>Christopher R. Howe, Esq. – BBO# 652445<br>chowe@campbell-trial-lawyers.com<br>1 Constitution Wharf, Suite 3100<br>Boston, MA 02129<br>(617) 241-3000 | Patrick T. Voke, Esq. – BBO# 553033<br>pvoke@mcglinchey.com<br>Shanna M. Boughton, Esq. – BBO# 677546<br>sboughton@mcglinchey.com<br>Marisa K. Roman, Esq. – BBO# 694617<br>mroman@mcglinchey.com<br>One Boston Place, Suite 2910<br>Boston, MA 02108<br>(857) 453-7171 |
| DEFENDANT, J.H. Lynch & Sons, Inc., | DEFENDANT, Hill & Smith Inc., |
| By Its Attorneys, | By Its Attorneys, |
| BOYLE SHAUGHNESSY LAW, P.C. | KIERNAN TREBACH, LLP |
| /s/ Matthew H. Greene | /s/ Joseph H. Aronson |
| Mark W. Shaughnessy, Esq. – BBO# 567839<br>mshaughnessy@boyleshaughnessy.com<br>Matthew H. Greene, Esq. – BBO# 673947<br>mgreene@boyleshaughnessy.com<br>695 Atlantic Avenue, 11th Floor<br>Boston, MA 02111<br>(617) 451-2000 | Joseph H. Aronson, Esq. – BBO# 17710<br>jaronson@kiernantrebach.com<br>Amy Magher, Esq. – BBO# 664116<br>amagher@kiernantrebach.com<br>40 Court Street, 3rd Floor<br>Boston, MA  02108 |

THIRD-PARTY DEFENDANT,
Northeast Traffic Control Services, Inc.,

By Its Attorneys,

COUGHLIN BETKE LLP

DATE: October 28, 2022

*/s/ Emily G. Coughlin*

_____
Emily G. Coughlin, Esq. – BBO# 554526
ecoughlin@coughlinbetke.com
Andrew R. Ferguson, Esq. – BBO# 649301
aferguson@coughlinbetke.com
Thomas V. DiGangi, Esq. – BBO# 648415
tdigangi@coughlinbetke.com
175 Federal Street
Boston, MA 02110
(617) 988-8050

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was filed electronically on the Court's CM/ECF system on October 28, 2022. Notice of this filing will be sent to all counsel of record via the Court's ECF system.

                                        /s/ Marisa K. Roman
                                        Marisa K. Roman