UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMERON HOPKINS,<br>　　Plaintiff,<br><br>v.<br><br>SEAN E. YI, JACKYMOON CORP.,<br>GREENMAN-PEDERSEN, INC., AND<br>HILL & SMITH INC.,<br>　　Defendants,<br>J.H. LYNCH & SONS, INC.,<br>　　Defendant/Third-Party Plaintiff,<br><br>v.<br><br>NORTHEAST TRAFFIC CONTROL<br>SERVICES, INC.,<br>　　Third-Party Defendant.<br>RAMON FELIPE FERREIRA,<br>　　Plaintiff,<br><br>v.<br><br>SEAN E. YI AND JACKYMOON CORP.,<br>　　Defendant. | CONSOLIDATED CASES<br>C.A. NO. 4:18-CV-40197-TSH<br>C.A. NO. 1:19-CV-40045-TSH |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Plaintiffs, Cameron Hopkins and Ramon Felipe Ferreira, Defendants, Sean Yi, Jackymoon Corp., Greenman-Pedersen, Inc., and Hill & Smith, Inc., Defendant/Third-Party Plaintiff, J.H. Lynch & Sons, Inc., and Third-Party Defendant Northeast Traffic Control Services, Inc., hereby stipulate that all claims by and among the parties in the above-captioned action be dismissed with prejudice, without costs or attorney's fees, and with all rights of appeal waived.

{B1542558.1}

| | |
|---|---|
| CAMERON HOPKINS<br>By His Attorneys,<br><br>*/s/ David P. McCormack*<br>Neil Sugarman, Esq. (BBO# 077110)<br>Email: nsugarman@sugarman.com<br>Benjamin Zimmerman, Esq. (BBO# 643920)<br>Email: bzimmermann@sugarman.com<br>David P. McCormack, Esq. (BBO# 659006)<br>Email: dmmccormack@sugarman.com<br>Sugarman and Sugarman, P.C.<br>800 Boylston Street, 30th Floor<br>Boston, MA 02199<br>Phone: (617) 542-1000 | RAMON FELIPE FERREIRA<br>By His Attorneys,<br><br>*/s/ Audai Cote*<br>Audai Cote, Esq. (BBO# 695543)<br>Email: acote@georgescotelaw.com<br>Georges Cote LLP<br>235 Marginal Street, Suite 3<br>Chelsea, MA 02150<br>Phone: (617) 884-1000 |
| J.H. LYNCH & SONS, INC.<br>By its Attorneys,<br><br>/s/ *Matthew H. Greene*<br>Mark W. Shaughnessy, Esq. (BBO# 567839)<br>Email:mshaughnessy@boyleshaughnessy.com<br>Matthew H. Greene, Esq. (BBO# 673947)<br>Email: mgreene@boyleshaughnessy.com<br>Boyle \| Shaughnessy Law, P.C.<br>695 Atlantic Avenue, 11th Floor<br>Boston, MA  02111<br>Phone: (617) 451-2000<br>Fax: (617) 451-5775 | GREENMAN-PEDERSEN, INC.,<br>By its Attorneys,<br><br>*/s/ Patrick Voke*<br>Patrick Voke, Esq. (BBO#553033)<br>Email: pvoke@mcglinchey.com<br>Shanna M. Boughton, Esq. (BBO#677546)<br>Email: sboughton@mcglinchey.com<br>Marisa K. Roman, Esq. (BBO# 694617)<br>Email: mroman@mcglinchey.com<br>McGlinchey Stafford<br>One Boston Place, 29th Floor<br>Boston, MA 02108<br>Phone: (857) 453-7171 |
| HILL & SMITH, INC.,<br>By its Attorney,<br><br>*/s/ Joseph Aronson*<br>Joseph H. Aronson, Esq. (BBO#17710)<br>Email: jaronson@kiernantrebach.com<br>Amy Magher, Esq. (BBO# 664116)<br>Email: amagher@kiernantrebach.com<br>Kiernan Trebach LLP<br>40 Court Street, 3rd Floor<br>Boston, MA 02108<br>Phone: (617) 426-3900 | NORTHEAST TRAFFIC CONTROL SERVICES, INC.,<br>By its Attorneys,<br><br>*/s/ Emily Coughlin*<br>Emily G. Coughlin, Esq. (BBO# 554526)<br>Email: ecoughlin@coughlinbetke.com<br>Thomas DiGangi, Esq. (BBO# 648415)<br>Email: tdigangi@coughlinbetke.com<br>Coughlin Betke LLP<br>175 Federal Street<br>Boston, MA 02110<br>(617) 988-8050 |

JACKYMOON CORP. AND SEAN E. Yi
By their Attorneys


*/s/ Christopher Howe*_____
Brian P. Voke, Esq. (BBO# 544327)
Email: bvoke@campbell-trial-lawyers.com
Christopher R. Howe, Esq. (BBO# 652445)
Email: chowe@campbell-trial-lawyers.com
Campbell Conroy & O'Neil, P.C.
20 City Square, Suite 300
Boston, MA 02129
Phone: (617) 241-3000
Fax: (617) 241-5115

**CERTIFICATE OF SERVICE**

    I, Matthew H. Greene, Esq., do hereby certify that this document filed through the ECF system will be sent electronically to all registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this _____ day of June, 2021:

{B1542558.1}

| | |
|---|---|
| ***Counsel for Plaintiff, Cameron Hopkins:***<br>Neil Sugarman, Esq.<br>Benjamin R. Zimmermann, Esq.<br>David P. McCormack, Esq.<br>Sugarman and Sugarman, P.C.<br>The Prudential Tower<br>800 Boylston Street, 30th Floor<br>Boston, MA 02199<br>nsugarman@sugarman.com<br>bzimmermann@sugarman.com<br>dmccormack@sugarman.com | ***Counsel for Plaintiff, Ramon Felipe Ferreira:***<br>Audai C. Cote, Esq.<br>Georges Cote, LLP<br>235 Marginal Street<br>Chelsea, MA 02150<br>acote@georgescotelaw.com |
| ***Counsel for Defendant, Hill & Smith, Inc.:***<br>Joseph H. Aronson, Esq.<br>Amy Magher, Esq.<br>Kiernan Trebach LLP<br>40 Court Street, 3rd Floor<br>Boston, MA 02108<br>jaronson@kiernantrebach.com<br>amagher@kiernantrebach.com | ***Counsel for Defendant, Greenman-Pedersen, Inc.:***<br>Patrick Voke, Esq.<br>Shanna M. Boughton, Esq.<br>McGlinchey Stafford<br>One Boston Place, 29th Floor<br>Boston, MA 02108<br>pvoke@mcglinchey.com<br>sboughton@mcglinchey.com |
| ***Counsel for Defendants, Sean E. Yi and Jackymoon Corp.:***<br>Brian P. Voke, Esq.<br>Christopher R. Howe, Esq.<br>Campbell, Conroy & O'Neill, P.C.<br>One Constitution Wharf, Suite 310<br>Charlestown, MA 02129<br>bvoke@campbell-trial-lawyers.com<br>chowe@campbell-trial-lawyers.com | ***Counsel for Third Party Defendant, Northeast Traffic Control Services, Inc.:***<br>Emily G. Coughlin, Esq.<br>Andrew Ferguson, Esq.<br>Thomas V. DiGangi, Esq.<br>Coughlin Betke, LLP<br>175 Federal Street<br>Boston, MA 02110<br>ecoughlin@coughlinbetke.com<br>aferguson@coughlinbetke.com<br>tdigangi@coughlinbetke.com |

☐ Mark W. Shaughnessy, Esq. (BBO# 567839)
Email: mshaughnessy@boyleshaughnessy.com
☐ Matthew H. Greene, Esq. (BBO# 673947)
Email: mgreene@boyleshaughnessy.com
☐ Timothy J. Wadman, Esq. (BBO# 696630)
Email: twadman@boyleshaughnessy.com

{B1542558.1}